UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
CASE NO. 1:13-cv-20300-CMM
(CONSENT CASE)

VERANDA DICKENS, individually and
As Personal Representative of the ESTATE
OF JACOBY DICKENS,

       *Plaintiffs,*

v.

CASTLE KEY INSURANCE COMPANY,

       *Defendant.*
_____/

## FINAL JUDGMENT

This action came before the Court for a trial by jury on January 12, 2015. The issues have been tried and the jury rendered its verdict on January 16, 2015. [D.E. 104].

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiff, Veranda Dickens, individually and as Personal Representative of the Estate of Jacoby Dickens, and against the Defendant, Castle Key Insurance Company, in the amount of $125,229.39, which will bear post-judgment interest pursuant to 28 U.S.C. §1961. This amount consists of the jury's award of $100,229.39 in Building damage; $0 for Personal Property; $9,154.28 in mold remediation; $15,000 in Additional Living Expense not caused solely by mold; and $845.72[1] in Additional Living Expense caused solely by mold.

The Court retains jurisdiction to determine Veranda Dickens' entitlement to and amount of prejudgment interest, attorney's fees pursuant to Fla. Stat. §627.428, and taxable costs

---

[1] The jury award of $15,000 for Additional Living Expense caused solely by mold has been reduced pursuant to the terms of the Castle Key policy.

CASE NO. 1:13-cv-20300-CMM

pursuant to 28 U.S.C. §1920.

DONE AND ORDERED in Chambers, Miami, Florida on this 28th day of January, 2015.

CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to all counsel of record.